# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T PACIFIC BELL TELEPHONE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:17-CV-01059-LJO-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Current Scheduling Conference<br><br>Date: November 9, 2017<br>Time: 9:00 a.m.<br>Ctrm: 10 (6th Floor)<br>Judge: Hon. Erica P. Grosjean<br>U.S. Magistrate Judge<br><br>Proposed Scheduling Conference<br><br>Date: December 5, 2017<br>Time: 9:00 a.m. |

CASE NO. 1:17-CV-01059-LJO-EPG

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

1     Based on the stipulation of the parties, and good cause appearing therefor, IT IS
2 ORDERED as follows:
3     1.    The parties' stipulated request for a continuance of the Scheduling Conference is
4 granted. The Scheduling Conference will be held on December 5, 2017, at 9:00 a.m. before the
5 Hon. Erica P. Grosjean, U.S. Magistrate Judge. The Court grants telephonic appearances, with
6 each party wishing to so appear directed to use the following dial-in number and passcode: 1-
7 888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one
8 full week prior to the conference and email a copy of same, in Word format, to
9 epgorders@caed.uscourts.gov, for the Judge's review.
10    2.    All deadlines set forth in the Order Setting Mandatory Scheduling Conference
11 (Dkt. No. 3) will be automatically continued based on the new Scheduling Conference date.

IT IS SO ORDERED.

Dated: **September 26, 2017**        /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE