Anna Y. Park (SB# 164242)
Sue J. Noh (SB# 192134)
Nakkisa Akhavan (SB# 286260)
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

JAN E. EAKINS (SB# 100612)
janeakins@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY
(Erroneously Named as AT&T Pacific Bell Telephone Company)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL OPPORTUNITY EMPLOYMENT COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T PACIFIC BELL TELEPHONE COMPANY, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 1:17-CV-01059-LJO-EPG<br><br>**JOINT STATUS CONFERENCE STATEMENT AND STIPULATION TO CONTINUE MID-DISCOVERY STATUS CONFERENCE; ORDER THEREON**<br><br><u>Mid-Discovery Status Conference</u><br><br>Date: May 24, 2018<br>Time: 9:30 a.m.<br>Ctrm: 10 (6th Floor)<br>Judge: Hon. Erica P. Grosjean<br>        U.S. Magistrate Judge |

CASE NO. 1:17-CV-01059-LJO-EPG

JOINT STATUS CONFERENCE STATEMENT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER

Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff" or "Commission") and Defendant Pacific Bell Telephone Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Status Conference Statement to notify the Court that the Parties have been diligently engaged in extensive settlement discussions to resolve this matter and are extremely close to reaching a final agreement, subject to appropriate internal approvals by the Parties and the submission of a Proposed Consent Decree for approval by the Court.

Accordingly, the Parties stipulate and request that the Mid-Discovery Status Conference currently scheduled for May 24, 2018, be continued for at least thirty (30) days. The Parties currently believe that they will be able to finalize and file their Proposed Consent Decree with the Court on or about Monday, June 25, 2018. The Parties submit that there is good cause for this continuance because, among other reasons, the Parties have agreed to extensive injunctive relief that must be included in the Proposed Consent Decree, which requires time to obtain multiple levels of approval required by both Parties. Good cause also exists in order to avoid unnecessary expenditure of Court resources to conduct the Status Conference where this case is in the final stage of settlement negotiations.

DATED: May 16, 2018

ANNA Y. PARK
SUE J. NOH
NAKKISA AKHAVAN
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


By: _____s/ Sue J. Noh_____
        SUE J. NOH
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

| | | |
|---|---|---|
| 1 | DATED: May 16, 2018 | JAN E. EAKINS<br>PAUL HASTINGS LLP |
| 2 | | |
| 3 | | |
| 4 | | By:        s/ Jan E. Eakins<br>           JAN E. EAKINS |
| 5 | | Attorneys for Defendant<br>PACIFIC BELL TELEPHONE COMPANY |

CASE NO. 1:17-CV-01059-LJO-EPG       - 2 -       JOINT STATUS CONFERENCE STATEMENT AND STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER

# **ORDER**

In accordance with the Parties' Stipulation and for good cause shown, the Mid-Discovery Status Conference previously scheduled for May 24, 2018, is hereby continued and will now be held on July 10, 2018, at 10:30 AM. The Court grants telephonic appearances, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review. When the Parties file their Proposed Consent Decree, all pending Court dates will be vacated.

IT IS SO ORDERED.

Dated: **May 16, 2018**        /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE